**Affirmed and Opinion Filed February 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00978-CR
## No. 05-13-00979-CR

**ROY CURTIS STUART, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown
Opinion by Chief Justice Wright

A jury convicted Roy Curtis Stuart, Jr. of unlawful possession of a firearm by a felon and possession with intent to deliver heroin in an amount less than one gram. *See* TEX. PENAL CODE ANN. § 46.04(a) (West 2011); TEX. HEALTH & SAFETY CODE ANN. § 481.112(a), (b) (West 2010). The jury found two enhancement paragraphs true in each case, and assessed punishment at forty-five years' imprisonment on the firearms offense and twenty years' imprisonment on the heroin offense.

On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*,

386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
130978F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROY CURTIS STUART, JR., Appellant

No. 05-13-00978-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F13-52718-Y).
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 25, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROY CURTIS STUART, JR., Appellant

No. 05-13-00979-CR　　V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F13-52719-Y).
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 25, 2015.